IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| CARMON MICHELLE STEWART, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) No. 1:22-cv-01022-STA-cgc ) |
| KILOLO KIJAKAZI, ACTING COMMISSIONER OF SOCIAL SECURITY, | ) ) ) ) ) |
| Defendant. | ) ) |

**ORDER GRANTING MOTION FOR ATTORNEY'S FEES**

Before the Court is Plaintiff's Motion for Attorney's Fees under the Equal Access to Justice Act (D.E. 22). The parties conferred and agreed to settle the matter for $7,800.00.

It is hereby ORDERED that Plaintiff Carmon Michelle Stewart is awarded attorney's fees under the Equal Access to Justice Act ("EAJA") in the amount of $7,800.00 made payable to Plaintiff's attorney, as Plaintiff has assigned these funds to her attorney.

Remittance of the awarded attorney's fees will be contingent upon a determination by the Government that Plaintiff owes no debt(s) to the Government that is subject to offset. If such a debt(s) exits, the Government may make the entire EAJA fee payable to Plaintiff and then use the EAJA fee as an offset to the debt. *See* 31 C.F.R. § 285.5(e)(6)(ii); *Astrue v. Ratliff*, 560 U.S. 586 (2010).

IT IS SO ORDERED.

s/ S. Thomas Anderson
S. THOMAS ANDERSON
UNITED STATES DISTRICT JUDGE

Date:  June 13, 2023